UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOP NOTCH SOLUTIONS, INC.; and
ROBERT RASHIDI,

           Plaintiffs,

  v.

CROUSE AND ASSOCIATES
INSURANCE BROKERS, INC.; LAW
OFFICES OF PUCIN & FREIDLAND,
P.C., and JOHN/JANE DOES 1-50,

           Defendants.

C17-827 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiffs' motion for leave to amend their complaint, docket no. 16, is GRANTED as follows.  Plaintiffs have proposed an amended, substituted amended, and third amended complaint, docket nos. 12-1, 13-2, 15-1, and 16-2, none of which are treated as the operative pleading.  Plaintiffs are granted leave to electronically file a **<u>First</u>** Amended Complaint within fourteen (14) days of the date of this Minute Order.

    (2)    Defendant Crouse and Associates Insurance Brokers, Inc.'s motion to dismiss, docket no. 7, the original complaint is STRICKEN as moot.

    (3)    Defendant Crouse and Associates Insurance Brokers, Inc.'s motion to dismiss amended complaint, docket no. 18, and defendant Law Offices of Pucin & Freidland, P.C.'s joinder and motion to dismiss amended complaint, docket no. 22, which were filed before plaintiffs were granted leave to amend, and which are directed at

MINUTE ORDER - 1

documents that are not operative pleadings, are STRICKEN without prejudice to refile after plaintiffs electronically file their First Amended Complaint.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2