UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOP NOTCH SOLUTIONS, INC., et al.,

                Plaintiffs,

v.

CROUSE AND ASSOCIATES INSURANCE BROKERS, INC., et al.,

                Defendants.

C17-827 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion, docket no. 43, to substitute a corrected version of their Second Amended Complaint did not indicate whether plaintiffs' attorney conferred with defendants' counsel before filing, and it was improperly noted as an unopposed motion. The motion is RENOTED to December 22, 2017. Any response and any reply shall be due in accordance with Local Civil Rule 7(d)(3).

(2) Before obtaining leave of the Court, plaintiffs filed a "substitute" Second Amended Complaint, which is essentially a third amended complaint. The "substitute" Second Amended Complaint, docket no. 45, is STRICKEN without prejudice.

(3) The deadline for filing any responsive pleading or motion, which is currently 21 days after the Second Amended Complaint, docket no. 40, was filed, *i.e.*, December 19, 2017, *see* Order at 14 (docket no. 38), is hereby STRICKEN, and will be reset after the Court rules on plaintiff's motion to substitute, which will be treated as seeking leave to amend.

MINUTE ORDER - 1

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of December, 2017.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk