UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOP NOTCH SOLUTIONS, INC., et al.,

          Plaintiffs,

   v.

CROUSE AND ASSOCIATES INSURANCE BROKERS, INC., et al.,

          Defendants.

C17-827 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Pursuant to the parties' stipulation, docket no. 47, plaintiffs are GRANTED leave to file a third amended complaint. Plaintiffs shall electronically file their third amended complaint within seven (7) days of the date of this Minute Order.

    (2)    Any responsive pleading or motion shall be filed within fourteen (14) days after the third amended complaint is filed.

    (3)    Plaintiffs' motion to "substitute" complaint, docket no. 43, is STRICKEN as moot.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 19th day of December, 2017.

                                  William M. McCool
                                  Clerk

                                  s/Karen Dews
                                  Deputy Clerk

MINUTE ORDER - 1