UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOP NOTCH SOLUTIONS, INC., et al.,

        Plaintiffs,

v.

CROUSE AND ASSOCIATES INSURANCE BROKERS, INC., et al.,

        Defendants.

C17-827 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulated motion brought by plaintiffs and defendant McGriff, Seibels & Williams, Inc., docket no. 57, is GRANTED. The deadline for defendant McGriff, Seibels & Williams, Inc. to file a responsive pleading or motion is February 5, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1