UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOP NOTCH SOLUTIONS, INC., et al.,

　　　　　　　　Plaintiffs,

　v.

CROUSE AND ASSOCIATES
INSURANCE BROKERS, INC., et al.,

　　　　　　　　Defendants.

C17-827 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DECLINES to enter the proposed order continuing the trial date, docket no. 61, that was submitted on January 24, 2018. On January 12, 2018, attorneys Jack M. Lovejoy and Lawrence R. Cock filed a motion, docket no. 60, to withdraw as counsel of record for defendant Pucin & Freidland, P.C. ("Pucin"). In their motion, Messrs. Lovejoy and Cock indicated that their former firm (Cable, Langenbach, Kinerk & Bauer, LLP) has ceased active operations and is winding down and that, because of a break down in communications between the lawyers and their client (Pucin), their new firm (CFL Law Group, LLP) does not intend to substitute as counsel for Pucin. Given the pending motion to withdraw, which is currently noted for February 2, 2018, and the apparent rift between Pucin and its attorneys, the Court cannot treat the document filed on January 24, 2018, which was signed on behalf of Pucin by Messrs. Lovejoy and Cock, as a stipulation of the parties.

(2) The docket in this matter reflects that plaintiff's Third Amended Complaint, docket no. 50, was filed on December 26, 2017, and that defendant McGriff, Seibels & Williams, Inc. ("McGriff"), which was added as a party by such pleading, has

MINUTE ORDER - 1

1 | until February 5, 2018, to file a responsive pleading or motion.  *See* Minute Order (docket no. 58).  In light of McGriff's recent joinder and Pucin's counsel's pending motion to withdraw, the Court concludes that September 24, 2018, is not a realistic trial date.  The current trial date and all related dates and deadlines are therefore STRICKEN.  On or before March 30, 2018, the parties shall meet and confer and file a Joint Status Report concerning when they anticipate completing discovery and being prepared for trial in this matter.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of January, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 2