1

2

3            UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
4                        AT SEATTLE

5   TOP NOTCH SOLUTIONS, INC.,
    et al.,
6
                   Plaintiffs,
7                                            C17-827 TSZ
          v.
8                                            MINUTE ORDER
    CROUSE AND ASSOCIATES
9   INSURANCE BROKERS, INC., et al.,

10                 Defendants.

11        The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:
12
          (1)    The unopposed motion, docket no. 60, brought by Jack M. Lovejoy and
13  Lawrence R. Cock, formerly of Cable, Langenbach, Kinerk & Bauer, LLP, and now with
    CFL Law Group, LLP, to withdraw as counsel of record for defendant Pucin &
14  Freidland, P.C., is GRANTED.  Messrs. Lovejoy and Cock are granted leave to
    withdraw, effective immediately.  Pucin & Freidland, P.C. shall arrange for a substitute
15  attorney to appear on its behalf on or before February 28, 2018.  Pucin & Freidland, P.C.
    is advised that failure to arrange for timely appearance by an attorney authorized to
16  practice before this Court might result in entry of default against it.  _See_ Local Civil
    Rule 83.2(b)(4).
17
          (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
18  record.  Messrs. Lovejoy and Cock are DIRECTED to serve a copy of this Minute Order
    on Pucin & Freidland, P.C. and to file proof of service within three (3) days of the date of
19  this Minute Order.

20        Dated this 12th day of February, 2018.

21                                        William M. McCool
                                          Clerk
22
                                          s/Karen Dews
23                                        Deputy Clerk

MINUTE ORDER - 1