# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TOP NOTCH SOLUTIONS INC,

    Plaintiff,

v.

CROUSE AND ASSOCIATES INSURANCE BROKERS INC,

    Defendant.

C17-827 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's Motion to Amend Complaint and for Joinder of National Casualty Company as Defendant Party, docket no. 80, is DENIED. Any amended complaint consistent with the Court's Order, docket no. 86, shall be electronically filed by July 26, 2018. The deadline for McGriff, Seibels & Williams, Inc. to file a responsive pleading or motion is August 9, 2018.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of June, 2018.

                                William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1