UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOP NOTCH SOLUTIONS, INC., et al.,

Plaintiffs,

v.

CROUSE AND ASSOCIATES INSURANCE BROKERS, INC., et al.,

Defendants.

C17-827 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' praecipe, docket no. 92, is TREATED as a motion for leave to file a fifth amended complaint, and is NOTED for August 17, 2018. Any response and any reply shall be filed in accordance with Local Civil Rule 7(d)(3).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1