UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOP NOTCH SOLUTIONS, INC.,
et al.,

              Plaintiffs,

     v.

CROUSE AND ASSOCIATES
INSURANCE BROKERS, INC., et al.,

              Defendants.

C17-827 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiffs' motion for reconsideration, docket no. 109, is treated as a motion for leave to file a fifth amended complaint,[1] and is RENOTED to December 21, 2018. Any response and any reply shall be due in accordance with Local Civil Rule 7(d)(3).

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of December, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[1] Although plaintiffs' motion seeks permission to file a sixth amended complaint, plaintiffs were not previously allowed to file a fifth amended complaint, *see* Order (docket no. 101), and the operative complaint in this matter is the fourth amended complaint.

MINUTE ORDER - 1