UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOP NOTCH SOLUTIONS, INC.; and
ROBERT RASHIDI,

                    Plaintiffs,

        v.                                          C17-827 TSZ

CROUSE AND ASSOCIATES INSURANCE                     MINUTE ORDER
BROKERS, INC.; McGRIFF, SEIBELS &
WILLIAMS, INC.; and LAW OFFICES OF
PUCIN & FREIDLAND, P.C.,

                    Defendants.

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

        (1)     The parties' agreed motion, docket no. 138, is GRANTED, and the
John/Jane Doe defendants are hereby DISMISSED without prejudice.[1]  The caption of
this matter is REVISED accordingly, as shown above.

        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

        Dated this 8th day of April, 2019.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

---

[1] By Minute Order entered January 17, 2019, docket no. 127, the Court directed plaintiffs to show cause
why defendants John/Jane Does 2-50 should not be dismissed without prejudice for failure to identify
such entities and prosecute.  By Minute Order entered February 14, 2019, docket no. 133, the Court
granted plaintiffs' request for additional time to conduct discovery in an effort to identify the John/Jane
Does at issue, and set a deadline of March 8, 2019, for plaintiffs to file a motion for leave to amend.
No motion for leave to amend was timely filed.

MINUTE ORDER - 1