UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOP NOTCH SOLUTIONS, INC. and ROBERT RASHIDI,<br><br>                Plaintiffs,<br><br>   v.<br><br>CROUSE AND ASSOCIATES INSURANCE BROKERS, INC., McGRIFF, SEIBELS & WILLIAMS, INC., and LAW OFFICES OF PUCIN & FREIDLAND, P.C.,<br><br>                Defendants. | CASE NO. C17-0827-TSZ<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

In the proceedings held on March 11, 2019, the Court ordered plaintiffs to promptly submit a revised proposed order for a pending agreed motion to seal documents. (Dkt. 137.) To date, the Court has not received a revised proposed order. However, because it appears the documents subject to the motion were submitted under seal on March 8, 2019, at docket entry number 136-1, the Court herein finds this issue resolved and GRANTS the agreed motion to seal those documents (Dkt. 135).

DATED this 24th day of April, 2019.

                                      WILLIAM MCCOOL, Clerk

                              By:    s/ Sharita Tolliver
                                          Deputy Clerk

MINUTE ORDER
PAGE - 1