UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOP NOTCH SOLUTIONS, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> CROUSE AND ASSOCIATES INSURANCE BROKERS, INC., et al., <br><br> Defendants. | C17-827 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 142, the Honorable Thomas S. Zilly RECUSES himself, and this case is REASSIGNED in rotation to the Honorable James L. Robart, United States District Judge. All future pleadings shall bear the cause number C17-827 JLR.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of April, 2019.

                                               William M. McCool
                                               Clerk

                                               s/Karen Dews
                                               Deputy Clerk

MINUTE ORDER - 1