*The Honorable James L. Robart*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TOP NOTCH SOLUTIONS, INC. and ROBERT RASHIDI, <br><br> Plaintiff, <br><br> v. <br><br> CROUSE AND ASSOCIATES INSURANCE BROKERS, INC.; MCGRIFF, SEIBELS & WILLIAMS, INC.; and LAW OFFICES OF PUCIN & FREIDLAND, P.C., <br><br> Defendants. | **Case No.: 2:17-CV-00827-JLR** <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO SEAL EXHIBIT E TO DECLARATION OF STEPHANIE N. BEDARD [DKT NO. 147] |

THIS MATTER having come before Court upon Plaintiffs and Defendant McGriff, Seibels, & Williams, Inc.'s Joint Motion To Seal Exhibit E to the Declaration Of Stephanie N. Bedard [Dkt No. 147], and the Court having considered the Motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Joint Motion To Seal Exhibit E to the Declaration Of Stephanie N. Bedard [Dkt No. 147] is GRANTED.

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO SEAL EXHIBIT E TO DECLARATION OF STEPHANIE N. BEDARD [DKT NO. 147]
- 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946

DATED this 4th day of June, 2019.

                                        */s/ Mary Alice Theiler*
                                        Mary Alice Theiler
                                        United States Magistrate Judge

[PROPOSED] ORDER GRANTING JOINT MOTION TO SEAL
EXHIBIT E TO DECLARATION OF STEPHANIE N. BEDARD
[DKT NO. 147]
- 2

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946

CERTIFICATE OF SERVICE - 3

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946