HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TOP NOTCH SOLUTIONS, INC. and ROBERT RASHIDI,<br><br>Plaintiffs,<br>vs.<br><br>CROUSE AND ASSOCIATES INSURANCE BROKERS, INC., McGRIFF, SEIBELS & WILLIAMS, INC., LAW OFFICES OF PUCIN & FREIDLAND, P.C.<br><br>Defendants | NO. 2:17-CV-00827-JLR-MAT<br><br>[PROPOSED]<br>ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME<br><br>NOTE FOR HEARING: JUNE 20, 2019 |

Plaintiffs have moved for an extension of time for filing, or alternatively, acceptance of their Response to Defendant McGriff, Seibels & Williams, Inc.'s Motion for Summary Judgment as timely filed.

ORDER

The Court has reviewed the Plaintiffs' Motion, and as Plaintiffs have complied with the requirements of CR 6(b)(1)(B), and finding there is has been excusable neglect, the Court

[PROPOSED]

ORDER ON PLAINTIFFS' MOTION FOR
EXTENSION OF TIME

PAGE 1

**BRUCKER LAW OFFICE PLLC**
1833 N. 105TH STREET, SUITE 101
SEATTLE, WA 98133
PHONE: (206) 522-7427
E-mail:jan@bruckerlawoffice.com

NO. 2:17-CV-00827-JLR

1 hereby deems the Plaintiffs' Response documents to be duly filed as of June 17, 2018 at 12:00 AM.

Further, leave is GRANTED to file a corrected Table of Contents on June 18, 2019.

Dated this 11th day of June, 2019

_____
JUDGE JAMES ROBART
MAGISTRATE MARY ALICE THEILER

Presented by:

_____
BRUCKER LAW OFFICE

Jan E. Brucker, WSBA No. 12160
Attorney for Plaintiffs
1833 N. 105th St., Suite 101
Seattle, WA 98133
Phone: 206.522.7427
Cell: 206.931.1281
jan@bruckerlawoffice.com

[PROPOSED]

ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME

PAGE 2

**BRUCKER LAW OFFICE PLLC**
1833 N. 105TH STREET, SUITE 101
SEATTLE, WA 98133
PHONE: (206) 522-7427
E-mail: jan@bruckerlawoffice.com

NO. 2:17-CV-00827-JLR