UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOP NOTCH SOLUTIONS, INC. and ROBERT RASHIDI,<br><br>Plaintiffs,<br><br>v.<br><br>CROUSE AND ASSOCIATES INSURANCE BROKERS, INC., MCGRIFF, SEIBELS & WILLIAMS, INC., and LAW OFFICES OF PUCIN & FREIDLAND, P.C.,<br><br>Defendants. | CASE NO. C17-0827-JLR-MAT<br><br>ORDER RE: SANCTIONS PAYMENT DEADLINE |

The Court directed the parties to either agree to or file a memorandum regarding a payment date for ordered sanctions. (Dkt. 205.) Having now considered responses to that directive from remaining parties, the Court herein ORDERS plaintiffs to complete payment of sanctions to defendant McGriff, Seibels & Williams, Inc. no later than **September 30, 2019**.

DATED this 9th day of September, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1