**The Honorable James L. Robart**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOP NOTCH SOLUTIONS, INC. and ROBERT RASHIDI,<br><br>Plaintiffs,<br><br>vs.<br><br>CROUSE AND ASSOCIATES INSURANCE BROKERS, INC. et al.,<br><br>Defendants. | NO. 2:17-CV-00827-JLR-MAT<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT CROUSE AND ASSOCIATES INSURANCE BROKERS, INC. AND OF CROUSE'S COUNTERCLAIM AGAINST PLAINTIFFS<br><br>**Clerk's Action Required**<br><br>**Note on Motion Calendar:**<br>**September 10, 2019** |

## I. STIPULATED MOTION

Plaintiffs Top Notch Solutions, Inc., and Robert Rashidi (collectively, "Plaintiffs"), and Defendant Crouse and Associates Insurance Brokers, Inc. ("Defendant") hereby stipulate to the dismissal with prejudice without fees or costs to either party of any and all claims that were brought or could have been brought by Plaintiffs against Crouse. The Parties further stipulate to the dismissal with prejudice without fees or costs of Crouse's counterclaim against Plaintiffs. The claims alleged between Plaintiffs and Crouse have been fully settled by the Parties outside of court, and Crouse may be dismissed from this litigation with prejudice.

STIPULATED MOTION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS
AGAINST DEFENDANT CROUSE AND ASSOCIATES
INSURANCE BROKERS, INC. AND OF CROUSE'S
COUNTERCLAIM AGAINST PLAINTIFFS - NO. 2:17-CV-
00827-JLR-MAT

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1452848.docx/091019 1649/0425-1758

1  The Parties further request that the caption be amended to remove Crouse as a named defendant.

2  The claims against Defendants McGriff, Seibels & Williams, Inc., and the Law Offices of Pucin & Friedland, P.C., remain asserted and active against those Defendants. This Stipulated Dismissal is limited to Crouse only and does not waive or dismiss any claims against the other defendants remaining in this litigation.

RESPECTFULLY SUBMITTED this 10th day of September, 2019.

BRUCKER LAW OFFICE PLLC

By /s/ Jan Brucker
Jan E. Brucker, WSBA #12160
1833 N. 105th Street., Ste. 101
Seattle, WA 98133
Tel.: (206) 522-7427
E-mail: jan@bruckerlawoffice.com
Attorney for Plaintiffs/Counterclaim Defendants

By /s/ Martin Sjolie
Martin Sjolie, WSBA #20711
1833 N. 105th St, Suite 101
Seattle, WA 98133
Tel.: (206) 841-1373
Email: sjolielaw@gmail.com
Attorney for Plaintiffs/Counterclaim Defendants

BETTS, PATTERSON & MINES, P.S.

By /s/ S. Karen Bamberger
By /s/ Natasha A. Khachatourians
   S. Karen Bamberger, WSBA #18478
   Natasha A. Khachatourians, WSBA #42685
Betts, Patterson & Mines P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
Tel.:   (206) 292-9988
Fax:   (206) 343-7053
E mail: kbamberger@bpmlaw.com

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT CROUSE AND ASSOCIATES INSURANCE BROKERS, INC. AND OF CROUSE'S COUNTERCLAIM AGAINST PLAINTIFFS - NO. 2:17-CV-00827-JLR-MAT

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1452848.docx/091019 1649/0425-1758

E-mail: nkhachatourians@bpmlaw.com
Attorneys for Defendant/Counterclaim-Plaintiff Crouse and Associates Insurance Brokers, Inc.

## II. ~~PROPOSED~~ ORDER

This matter having come on for hearing upon Plaintiffs Top Notch Solutions, Inc., and Robert Rashidi (collectively, "Plaintiffs"), and Defendant Crouse and Associates Insurance Brokers, Inc. ("Crouse")'s, Stipulated Motion for Dismissal with Prejudice, and this Court being fully advised of the same, it is hereby ORDERED that all claims that were brought or could have been brought by Plaintiffs against Crouse are dismissed with prejudice and without fees or costs to either party.

IT IS FURTHER ORDERED that Crouse's counterclaim against Plaintiffs is hereby dismissed with prejudice and without fees or costs to either party.

As all claims between the Parties are resolved, and no other claims remain, Crouse is hereby dismissed from this litigation with prejudice. The Clerk is directed to amend the Case Caption and remove Crouse as a defendant.

IT IS SO ORDERED on this 12th day of Sept., 2019.

_____
Hon. James L. Robart

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT CROUSE AND ASSOCIATES INSURANCE BROKERS, INC. AND OF CROUSE'S COUNTERCLAIM AGAINST PLAINTIFFS - NO. 2:17-CV-00827-JLR-MAT

- 3 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1452848.docx/091019 1649/0425-1758

# CERTIFICATE OF SERVICE

I, Cynthia Daniel, hereby certify that on September 10, 2019, I electronically filed the following:

- **Stipulated Motion for Dismissal with Prejudice; and**
- **Certificate of Service.**

with the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiff Habib Robert Rashidi*
Jan E. Brucker
Martin Sjolie
Brucker Law Office PLLC
801 2nd Ave Ste 800
Seattle, WA 98104-1573

*Counsel for Co-Defendant Law Offices of Pucin & Friedland PC*
Michael O'Meara
O'Meara Law Office, PS
1602 Virginia Ave
Everett, WA 98201-1704

*Counsel for Defendant McGriff, Seibels & Williams, Inc.*
John R. Neeleman
Kilpatrick Townsend & Stockton LLP
1420 5th Ave Ste 3700
Seattle, WA 98101-4089

*Counsel for Defendant McGriff Seibels & Williams, Inc. (Pro Hac Vice)*
John Jett
Stephanie Bedard
Kilpatrick Townsend & Stockton LLP
1100 Peachtree St NE Ste 2800
Atlanta, GA 30309-4528

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT CROUSE AND ASSOCIATES INSURANCE BROKERS, INC. AND OF CROUSE'S COUNTERCLAIM AGAINST PLAINTIFFS - NO. 2:17-CV-00827-JLR-MAT

- 4 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1452848.docx/091019 1649/0425-1758

1  DATED this 10th day of September 2019.

BETTS, PATTERSON & MINES P.S.

By *s/Cynthia Daniel*
Cynthia Daniel

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT CROUSE AND ASSOCIATES INSURANCE BROKERS, INC. AND OF CROUSE'S COUNTERCLAIM AGAINST PLAINTIFFS - NO. 2:17-CV-00827-JLR-MAT

- 5 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1452848.docx/091019 1649/0425-1758