*The Honorable James L. Robart*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TOP NOTCH SOLUTIONS, INC. and ROBERT RASHIDI,<br><br>Plaintiffs,<br><br>v.<br><br>MCGRIFF, SEIBELS & WILLIAMS, INC.; and LAW OFFICES OF PUCIN & FREIDLAND, P.C.,<br><br>Defendants. | Case No. 2:17-CV-00827-JLR-MAT<br><br>ORDER GRANTING JOINT MOTION TO AMEND PRETRIAL SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 18, 2019 |

## **ORDER**

Upon consideration of the foregoing Joint Motion to Amend Pretrial Scheduling Order, and for good cause shown, the Court GRANTS the motion. The Court's Scheduling Order related to pretrial deadlines shall be as follows:

| | **Deadline** |
|---|---|
| Deadline for motions in limine to be filed and noted on the motion calendar no later than the Friday before the Pretrial Conference (LCR 7(d)(4)) | Thursday, November 14, 2019 |
| Agreed Pretrial Order deadline (LCR 16(e)) | Friday, November 15, 2019 |

ORDER GRANTING JOINT
MOT. AMEND PRETRIAL SCHEDULING ORDER - 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 PEACHTREE STREET, SUITE 2800
ATLANTA, GA 30309-4528
(404) 815-6500 FAX: (404) 815-6555

| | Deadline |
|---|---|
| Trial briefs, proposed voir dire questions, and jury instructions | Tuesday, November 26, 2019 |
| Pretrial Conference | Tuesday, December 3, 2019 |
| Trial | December 16, 2019 |

IT IS SO ORDERED.

Dated this 20th day of September, 2019.

JAMES L. ROBART
United States District Judge

*Presented by*

**Kilpatrick, Townsend & Stockton LLP**

By: */s/ John R. Neeleman*
John R. Neeleman, WSBA #19752
John P. Jett, GA Bar # 827033
    *Admitted Pro Hac Vice*
Stephanie N. Bedard, GA Bar # 825614
    *Admitted Pro Hac Vice*
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Fax: (404) 815-6555
jjett@kilpatricktownsend.com
jneeleman@kilpatricktownsend.com
sbedard@kilpatricktownsend.com

*Attorneys for Defendant McGriff,
Seibels & Williams, I*

ORDER GRANTING JOINT
MOT. AMEND PRETRIAL SCHEDULING ORDER - 2

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 PEACHTREE STREET, SUITE 2800
ATLANTA, GA 30309-4528
(404) 815-6500  FAX: (404) 815-6555

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 PEACHTREE STREET, SUITE 2800
ATLANTA, GA 30309-4528
(404) 815-6500 FAX: (404) 815-6555